| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ERIC WATSON, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:21-CV-272
§
BRYAN COLLIER, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff, Eric Watson, proceeding *pro se*, filed this lawsuit against Defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On November 1, 2022, the magistrate judge entered a Report and Recommendation (#11) in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not filed objections to the report.[1]

    The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1]     Plaintiff received a copy of the Report and Recommendation on November 5, 2022 (#12).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#11) is **ADOPTED**. This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
**Apr 5, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE